IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>RADARIOUS HUNTER,<br><br>                 Defendant. | 4:25CR3031<br><br>ORDER |

The plaintiff has filed a Motion to Extend (Filing No. 44). Defendant does not oppose the motion. Accordingly,

IT IS ORDERED:

1. On or before August 22, 2025, the government shall file its brief in opposition to the defendant's motions (Filing Nos. 35, 38). See NECrimR 12.3(c).

2. On or before August 29, 2025, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before September 5, 2025, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **September 12, 2025, at 10:00 a.m.** Counsel for all parties shall use the conferencing instructions at filing [14] to participate in the call.

Dated this 15th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge