IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RADARIOUS HUNTER,<br><br>　　　　　　　Defendant. | 4:25CR3031<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

　　　　This matter is before the Court upon the Plaintiff's Motion for Preliminary Order of Forfeiture (Filing No. 64). The Court has carefully reviewed the record in this case and finds as follows:

　　　　1.　　On March 18, 2025, a federal grand jury in this District returned a one-count Indictment against the Defendant. (Filing No. 1).

　　　　2.　　The Forfeiture Allegation of the Indictment sought the forfeiture of "any firearms involved in the commission of the offense" which includes but not limited to a Radical Firearms RF-15 weapon with an overall length of less than 26 inches and a barrel less than 16 inches in length and a black 60-round magazine. (Filing No. 1).

　　　　3.　　On November 24, 2025, the Court held a change of plea hearing for Defendant and Defendant entered a plea of guilty to Count I and admitted to the Forfeiture Allegation in the Indictment (Filing No. 57; Filing No. 60).

　　　　4.　　Count I of the Indictment charged Defendant with a violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

　　　　5.　　Defendant has forfeited his interest in the property. Accordingly, the United States should be entitled to possession of said property pursuant to 26 U.S.C. § 5872.

　　　　6.　　The Government's Motion for Preliminary Order of Forfeiture should be granted.

**IT IS ORDERED:**

1. The Government's Motion for Preliminary Order of Forfeiture (Filing No. 64) is granted.

2. Based upon the Forfeiture Allegation of the Indictment, the Plea Agreement, the plea of guilty, and the admission to the forfeiture allegation, the Government is hereby authorized to seize the Radical Firearms RF-15 weapon with an overall length of less than 26 inches and a barrel less than 16 inches in length and a black 60-round magazine.

3. Defendant's interest in the Radical Firearms RF-15 weapon with an overall length of less than 26 inches and a barrel less than 16 inches in length and a black 60-round magazine is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Radical Firearms RF-15 weapon with an overall length of less than 26 inches and a barrel less than 16 inches in length and a black 60-round magazine is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Radical Firearms RF-15 weapon with an overall length of less than 26 inches and a barrel less than 16 inches in length and a black 60-round magazine, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 9th day of January, 2026.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge