IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RADARIOUS HUNTER,<br><br>Defendant. | **4:25CR3031**<br><br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 87).  Having reviewed the record in this case, the Court finds as follows:

1.    On January 9, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in a Radical Firearms RF-15 weapon with an overall length of less than 26 inches and a barrel less than 16 inches in length and a black 60-round magazine. (Filing No. 67).

2.    Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on January 23, 2026, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on March 26, 2026. (Filing No. 86).

3.    The United States advises the Court that no party has filed a petition regarding the subject Property.  From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.    The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

1.    The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 87) is granted;

2.    All right, title and interest in and to the Radical Firearms RF-15 weapon with an overall length of less than 26 inches and a barrel less than 16 inches in length and a

black 60-round magazine which was seized from the Defendant, held by any person or entity are forever barred and foreclosed;

3.     The Radical Firearms RF-15 weapon with an overall length of less than 26 inches and a barrel less than 16 inches in length and a black 60-round magazine are forfeited to the Government; and

4.     The Government is directed to dispose of the property in accordance with the law.

Dated this 27th day of March, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge